PETER HORN, PLAINTIFF IN ERROR, VS. THE STATE OF FLORIDA, DEFENDANT IN ERROR.

Appellate Practice—Bills of Exceptions Must be Presented to, or Settled and Signed by, the Trial Judge Within the Time Allowed Therefor.

Where a bill of exceptions appearing in a transcript of record has

not been presented to, or settled, signed or certified, by the trial judge until after the lapse of the time allowed therefor by special order, it will, upon motion, be stricken from the record by the appellalte court; and, in such case, if there is in the remaining record no other question or matter assigned, presented, or urged as error except such as can be presented or considered only through a bill of exceptions, the judgment will be affirmed.

Writ of Error to the Circuit Court for Gadsden County.

Motion to strike Bill of Exceptions.

*The Attorney General* for the Motion.

*R. Don McLeod contra.*

PER CURIAM:

This cause coming on to be heard upon motion by the Attorney-General to strike out from the record the bill of exceptions signed by the Circuit Judge and incorporated as a part of the record in the case, and it appearing to the court from the record that the said bill of exceptions was not presented to, or settled, signed, or certified by, the Circuit Judge within the time prescribed by law, nor within the time allowed therefor by the special order of the Circuit Judge, it is, therefore, ordered that the said bill of exceptions incorporated as a part of the transcript of the record in said cause is stricken from the said record, and shall no longer be considered as any part thereof.

· It further appearing to the court that no error or question has been presented or assigned in said cause for or upon any matter other than is contained in said stricken bill of exceptions, or that could be properly considered otherwise than through a bill of exceptions, the judgment of the court below in said cause is affirmed.